# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133279 & (19)

DENNIS D. HORTON, Personal Representative
Of the ESTATE OF DOROTHY E. HORTON,
Deceased,
       Plaintiff-Appellee,

v

SC: 133279
COA: 275060
Washtenaw CC: 06-000089-NH

WALLACE A. ARNESON, JR., M.D., and
MICHIGAN MULTISPECIALTY PHYSICIANS,
P.C., doing business as ASSOCIATES IN
GENERAL & VASCULAR SURGERY,
       Defendants-Appellants.
_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

_____
Clerk

d0416